UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

TRANS STATES AIRLINES, INC.,

    Plaintiff,

v.

AIR LINE PILOTS ASSOCIATION
INTERNATIONAL,

    Defendant.

CIVIL ACTION NO. 4:09-CV-35-TCM

MOTION:
Granted ✓
Denied ___
Overruled ___
Date 2/19/09

## NOTICE OF DISMISSAL

***COMES NOW*** Plaintiff Trans States Airlines, Inc. pursuant to Fed. R. Civ. P. 41(a)(1)(A) and hereby voluntarily dismisses the Complaint in this case filed on January 7, 2009 without prejudice.

DATED this 19th day of February, 2009

Respectfully submitted,
Trans States Airlines, Inc.

By its Attorneys:

*S/ David J. A. Hayes III*
David J.A. Hayes III, Esq.
Vice President and General Counsel
Trans States Airlines, Inc.
11495 Navaid Road
St. Louis, Missouri 63044
Telephone: (314) 222-4316
Facsimile: (314) 222-4311
Dhayes@transstates.net
USDCEDMO #74343